UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| BRIAN NEWARK | * |
| Plaintiff | * |
| v. | * Civ. No: 04-11839-WGY |
| GILBERT L. TRUDEAU, and T. C. (CHRIS) MATTOCKS | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR TEMPORARY RESTRAINING ORDER

Brian Newark moves, pursuant to Rule of Civil Procedure 65 (b), that the defendants be enjoined from (1) modifying plaintiff's teaching assignments as given to him on May 11; (2) taking any action that would have the effect of removing him as teacher of the current events classes at the Bellingham High School; (3) preventing him from teaching the current events classes at the Bellingham High School; and (4) taking any action which is based, in whole or in part, on the teaching assignment which he gave on or about May 10, 2004. The grounds for this motion are set forth in the affidavit of Brian Newark and the Memorandum in Support of Motion for Preliminary Injunction, both of which were previously filed with the Court.

Plaintiff requests expedited consideration of this motion because the school year is about to commence.

BRIAN NEWARK
By his attorneys,

*/s/ Leonard M. Singer*
Leonard M. Singer
BBO 464600
Craighead Glick LLP
277 Dartmouth Street
Boston, Massachusetts 02116
(617) 859-8200

*/s/ Sarah R. Wunsch*
Sarah R. Wunsch
BBO 548767
American Civil Liberties Union of
   Massachusetts
99 Chauncy Street
Boston, Massachusetts 02111
(617) 482-3170

## CERTIFICATE OF SERVICE

I, Leonard M. Singer, hereby certify that I served the foregoing on all parties. Such service was made by causing a copy of the foregoing to be faxed to T.C. Mattocks, Bellingham School Department, 60 Harpin Street, Bellingham Massachusetts and to be mailed to Gilbert L. Trudeau, 2 Bellstone Drive, Bellingham Massachusetts on August 25, 2004.

*/s/ Leonard M. Singer*
Leonard M. Singer
