UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRIAN NEWARK

    Plaintiff

v.

GILBERT L. TRUDEAU, and
T. C. (CHRIS) MATTOCKS

    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Docket: 04 11839 WGY

**AFFIDAVIT OF BRIAN NEWARK**

1. I am the plaintiff in this action and make this affidavit based upon my own personal knowledge and in support of my request that I be reinstated as teacher of Current Events at Bellingham High School for the upcoming academic year.

2. I received my bachelor of arts in history from the University of Massachusetts at Amherst in 1980. Thereafter I was certified by the Commonwealth of Massachusetts as a teacher in 1981 and in 1992 I received my certification as a special-education teacher. After teaching at Uxbridge, Massachusetts and for the Department of Mental Health of the Commonwealth I started teaching in the Bellingham school system in 1993.

3. After several years teaching in the alternative school, I began teaching in the High School in the social studies department. I have taught courses in world history, United States history, economics, psychology, Black studies and Current Events.

4. Current Events is not a required course at Bellingham High School; students take the course as an elective. When I first taught the Current Events class it was given for one semester and had an enrollment of less than 30 students. Over the years that I have taught the course, the enrollment has grown and I am informed that for the 2004-05 academic year 109 students have signed up for the course, necessitating that it be taught in two sections for each of the two semesters.

5. Attached to this affidavit as Exhibit A is the description of the Current Events course from the course

   catalog. In connection with a presentation that I made at a parent-teachers meeting, the head of the social studies department approved the description of the Current Events course which is attached to this affidavit as Exhibit B.

6. On May 10, 2004 I gave the students in my Current Events class an assignment involving photographs taken at the Abu Ghraib prison. This class contained 28 students, 24 of whom were seniors. The assignment involved having the students look at photographs which were on the CNN and MSNBC web sites and to write a description of what those photographs showed. At the time that I gave that assignment the treatment of prisoners at the Abu Ghraib had been prominently in the news for several weeks.

7. Assignments in a class such as Current Events and, particularly, assignments involving photographs, can be upsetting to students. As a result, in connection with the Abu Ghraib assignment, I warned students that the photographs might be upsetting and I told them that I would give a substitute assignment upon request.

8. On May 12, high school principal Gilbert Trudeau interrupted one of my classes to tell me to stop assigning students to look at the Abu Ghraib prison photographs and to stop basing assignments upon those photographs. I explained to principal Trudeau that I did not require students to look at the photographs and that I had specifically offered to give a substitute assignment to any students who did not want to look at the photographs. Principal Trudeau told me that Superintendent Mattocks had received a complaint from Mrs. Perella, a parent of one my students, and that the superintendent had instructed him to tell me to stop using the photographs. Principal Trudeau further informed me that I would be written up for insubordination if I persisted in using the photographs.

9. That same day, the American Civil Liberties Union faxed to the defendants the letter which is attached hereto as Exhibit C. As explained in that letter, I did not require students to look at the Abu Ghraib photographs. I told the students that the photographs might be upsetting and that if any student felt uncomfortable with them, they would be given a substitute assignment.

10. On May 13 I received the letter a copy of which is attached hereto as Exhibit D. The next day I had a conference with principal Trudeau in which he said that it was acceptable to use the Abu Ghraib photographs providing that I warned the students that the photographs might be upsetting and offered to give a substitute assignment. Principal Trudeau's statement at the May 14 meeting was not consistent with

the direction given to me on May 12.

11. During the 2003-04 academic year I taught three year-long classes of 10th grade world civilization, one class each semester of Current Events and a class in Black Studies during the spring semester and economics during the fall semester. Throughout the spring of 2004 course assignments for the coming academic year were being discussed and formulated. The tenor of the discussions was that I would teach two year-long classes of 10th grade world civilization, two classes each semester of Current Events and one year-long class of advanced placement history. The contemplation was that my Black Studies course would be picked up by Leo Dalpe, a teacher who was transferring to the high school from the junior high school.

12. By May 11, my course assignments for the coming year had been finalized. At a department meeting on May 11, Stephen McDonough, the chairman of the social studies department, confirmed that I would, in fact, teach the courses described in the previous paragraph of this affidavit.

13. On May 17, at the request of Mr. Perella, I met with him and with vice principal Edward Fleury. Mr. Perella told me that he had complained about my conduct of the class to the superintendent and proceeded to tell me the substance of his complaint. In particular, he felt that my views were "unbalanced," citing to a number of things that I had said in class. He demanded to know why I had not asked the students to look at pictures of the beheading of Nicholas Berg so that the students could understand precisely who the Abu Ghraib prisoners were. I defended the conduct of the class to Mr. Perella.

14. On or about June 8 department chairman McDonough told me that there had been more "fallout" from the "current events incident" and that I would not be teaching that class next year. Mr. McDonough told me that he was acting upon instructions from principal Trudeau, who had told him that he had received his instructions from someone higher up.

15. Attached hereto as Exhibit E is a copy of the grievance that I filed pursuant to the collective bargaining agreement between the teachers and the Bellingham School System. Attached hereto as Exhibit F is a copy of the response that I received from principal Trudeau. Exhibit F refers to "unforeseen circumstances resulting from the firing and rehiring of staff." I am not aware of any such circumstances.

16. On June 21 I had a so-called step two grievance meeting with Superintendent Mattocks. Attached hereto

as Exhibit G is a copy of the determination letter that I received from Superintendent Mattocks as a result of that meeting. In his determination letter, Superintendent Mattocks says that I assigned students in my Current Events class to view pictures of the beheading of Nicholas Berg. That is not true. Furthermore, at the June 21 grievance meeting, there was no discussion whatsoever of any assignment relating to Nicholas Berg; the entire discussion related to assignments concerning the Abu Ghraib prison.

Signed under the pains and penalties of perjury on August   , 2004.

*Brian Newark* (signature)
Brian Newark