```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

BRIAN NEWARK,                    )
     Plaintiff,                  )
                                 )
     v.                          )    C.A. No. 04-11839-WGY
                                 )
GILBERT TRUDEAU, et al           )
     Defendant(s)                )
```

ORDER

WOLF, D.J.                                          August 25, 2004

The court has received plaintiff, Brian Newark's Motion for Temporary Restraining Order (the "Motion").

It is hereby ORDERED that:

1.  The parties shall confer and, by 12:00 noon on August 26, 2004, report whether they have reached an agreement on the Motion.

2.  If no agreement is reached pursuant to paragraph 1, defendants shall, by 4:00 p.m. on August 26, 2004, respond to the Motion.

3.  The court will conduct a hearing on the Motion on August 27, 2004 at 3:00 P.M. in courtroom 10 on the 5th floor.

                                        /s/ Mark L. Wolf
                                   UNITED STATES DISTRICT JUDGE