```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

BRIAN NEWARK,                  )
    Plaintiff,               )
                              )
    v.                        )   C.A. No. 04-11839-WGY
                              )
GILBERT TRUDEAU, et al.        )
    Defendants.               )

ORDER

WOLF, D.J.                                          August 26, 2004

In view of the attached August 26, 2004 letter to the court, it is hereby ORDERED that:

1. The August 27, 2004 hearing on plaintiff's motion for a Temporary Restraining Order is, as requested, CANCELLED.

2. The parties shall, by 4:00 p.m. on September 1, 2004, report whether this case has been settled.  If it has not, they shall propose a schedule for completion of the briefing (including defendants' response and a possible reply by plaintiff) concerning plaintiff's motion for a temporary restraining order.

3. After receiving the parties' report, the court will, if necessary, schedule a hearing on plaintiff's motion for a temporary restraining order for a date soon after the briefing will be complete.

                                                         /s/ Mark L. Wolf
                                       UNITED STATES DISTRICT JUDGE