# CRAIGHEAD GLICK LLP
## COUNSELLORS AT LAW

277 DARTMOUTH STREET BOSTON MASSACHUSETTS 02116   PHONE 617.859.8200   FAX 617.859.7272

Leonard M. Singer

FILED

2004 AUG 27 A 8:29

U.S. DISTRICT COURT
DISTRICT OF MASS

August 26, 2004

BY FACSIMILE          617-748-9096

Dennis O'Leary
Clerk to the Honorable Mark Wolf
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

DOCKETED

Re:   Newark v. Trudeau, Civ. No. 04-11839-WGY

Dear Mr. O'Leary:

In response to the Court's Order of yesterday, this is to advise that parties have not reached a settlement of their dispute but discussions are continuing. We will, of course, keep the Court advised of any developments. In the absence of a settlement we will expect to appear before the Court tomorrow afternoon at 2 PM.

I have been advised by Leo J. Peloquin that he, rather than Mr. Ambler, will be representing the defendants. Mr. Peloquin's telephone number is 781-762-2229.

Very truly yours,

Leonard

Leonard M. Singer

cc:   Leo J. Peloquin
      Lee G. Ambler