Leonard M. Singer

August 26, 2004

BY ELECTRONIC-MAIL

Dennis O'Leary
Clerk to the Honorable Mark Wolf
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

    Re:    Newark v. Trudeau, Civ. No. 04-11839-WGY

Dear Mr. O'Leary:

    Confirming our telephone conversation, although the parties have reached agreement on a number of issues, we have still not reached a settlement. Furthermore, any settlement would have to be approved by the Bellingham School Committee which is scheduled to meet next Tuesday.

    I have conferred with Mr. Peloquin and we jointly request that the Court reschedule the hearing now scheduled for tomorrow at two o'clock to sometime next Wednesday afternoon or Thursday morning. This will allow the parties time to reach a settlement and to present it to the School Committee for approval.

    Thank you very much.

                                        Very truly yours,

                                        Leonard M. Singer

cc:    Leo J. Peloquin - by electronic mail