# CRAIGHEAD GLICK LLP
## COUNSELLORS AT LAW

277 DARTMOUTH STREET BOSTON MASSACHUSETTS 02116   PHONE 617.859.8200   FAX 617.859.7272

Leonard M. Singer

September 1, 2004

BY FACSIMILE          617-748-9096

Dennis O'Leary
Clerk to the Honorable Mark Wolf
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

Re:   Newark v. Trudeau, Civ. No. 04-11839-WGY

Dear Mr. O'Leary:

Confirming my telephone message, the parties have reached a settlement and I expect to be filing a Stipulation of Dismissal within the next several days.

Please convey my thanks to the Court for its attention to this matter - attention which helped us to reach a resolution.

Very truly yours,

Leonard M. Singer

cc:   Leo J. Peloquin - by facsimile