# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Civil Action**
**No: 04-11839-WGY**

**NEWARK**

**Plaintiff**

v.

**TRUDEAU**
**Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, C.J.**

    The Court having been advised on 9/1/04 that the above-entitled action has been settled:
    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

**By the Court,**

**/s/ Elizabeth Smith**

---

**Deputy Clerk**

**September 24, 2004**

**To: All Counsel**